**United States District Court**
For the Northern District of California

1

2                                       UNITED STATES DISTRICT COURT

3                                    NORTHERN DISTRICT OF CALIFORNIA

4    MERRIWEATHER ROSE FRANKLIN,

5              Plaintiff,                                  No. C 12-3503 PJH

6         v.                                              **ORDER DIRECTING PARTIES TO
                                                          INFORM COURT WHETHER THEY
7                                                         CONSENT TO MAGISTRATE JUDGE
     MICHAEL J. ASTRUE, Commissioner                      FOR ALL PURPOSES**
8    of Social Security,

9              Defendant.
     _____/

10

11         In cases initially assigned to a district judge, the parties may consent at any time to

12   reassignment of the case to a magistrate judge for all purposes, including entry of final

13   judgment.  See Civil L.R. 73-1(b).  This option is being made available because the

14   magistrate judges in this district have smaller civil dockets and no felony criminal cases and

15   may be able to adjudicate this case more expeditiously than the undersigned district judge.

16         Accordingly, the parties are hereby DIRECTED to advise the court, no later than

17   **Monday, November 5, 2012**, whether they consent to have a magistrate judge conduct all

18   further proceedings in the instant action.  Normally the parties would be directed to so

19   inform the court in their Joint Case Management Statement filed in connection with the

20   initial case management conference.  However, because this case involves a review of an

21   administrative record, a case management conference has not been scheduled.  The

22   parties are advised that they may jointly request assignment to a specific magistrate judge.

23   For the parties' convenience, a consent form is attached hereto; forms are also available at

24   http://www.cand.uscourts.gov, in the "Forms" section.

25         **IT IS SO ORDERED.**

26   Dated:  October 22, 2012

27                                                        _____
                                                         PHYLLIS J. HAMILTON
                                                         United States District Judge
28

**United States District Court**
For the Northern District of California

1

2                     UNITED STATES DISTRICT COURT

3                  NORTHERN DISTRICT OF CALIFORNIA

4

5 MERRIWEATHER ROSE FRANKLIN,

6            Plaintiff,                 No. C 12-3503 PJH

7         v.                       **CONSENT TO JURISDICTION BY A**
                                          **UNITED STATES MAGISTRATE JUDGE**

8 MICHAEL J. ASTRUE, Commissioner
of Social Security,

9

10           Defendant(s).
  _____/

11

12       **CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

13      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

14 party or parties to the above-captioned civil matter hereby voluntarily consent to have a

15 United States Magistrate Judge conduct any and all further proceedings in the case,

16 including trial, and order the entry of a final judgment. Appeal from the judgment shall be

17 taken directly to the United States Court of Appeals for the Ninth Circuit.

18

19 _____       _____

20

21 _____       _____

22 Attorney for Plaintiff              Attorney for Defendant

23

24

25 Dated:_____

26

27

28

                                             2