UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRIWEATHER ROSE FRANKLIN,<br>　　　　　Plaintiff,<br>　　　v.<br>CAROLYN W. COLVIN, Commissioner of Social Security,<br>　　　　　Defendant. | Case No. 12-cv-03503-PJH<br><br>**ORDER OF REMAND** |

Pursuant to the March 2, 2016, memorandum decision of the Court of Appeals for the Ninth Circuit, vacating the order that upheld the denial of plaintiff's application for supplemental security income and remanding for further administrative proceedings, and pursuant to the mandate issued April 26, 2016, the court ORDERS that this matter is remanded to the Commissioner of Social Security for further proceedings consistent with the March 2, 2016 memorandum decision of the Court of Appeals. This order of remand closes the above-captioned action.

**IT IS SO ORDERED.**

Dated: April 28, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge